**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

CHRISTINE KRUMM, et al.

_____, )
       **Plaintiff (s),** )
        )
  **v.** ) **Case No.** 4:19-cv-00182
        )
KITTRICH CORPORATION )
_____, )
       **Defendant(s).** )

**NOTICE OF INTENT TO USE
PROCESS SERVER**

**Comes now** ___Plaintiff___ **and notifies the court of the intent to use**
    **(Plaintiff or Defendant)**

___First Legal Network___
**(name and address of process server)**

___1517 West Beverly Blvd.___

___Los Angeles, CA 90026___

**To serve:** ___KITTRICH CORPORATION___**in the**
**(name of defendants to be served by this process server)**

**above-styled cause. The process server listed above possesses the**

**requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.**

**The undersigned affirms the information provided above is true and correct.**

  02/05/2019                                      /s/ Yitzchak Kopel
    **(date)**                                              **(attorney for Plaintiff)**

                                                                     **(attorney for Defendant)**