# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRISTINE KRUMM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KITTRICH CORPORATION,<br><br>    Defendant. | Case No. 4:19-cv-000182-SPM |

## ENTRY OF APPEARANCE

COMES NOW Herbert R. Giorgio of Bryan Cave Leighton Paisner LLP and hereby enters his appearance on behalf of Defendant, Kittrich Corporation, in the above-captioned matter.

               Respectfully submitted,

               **BRYAN CAVE LEIGHTON**
               **PAISNER LLP**

               By:/s/ Herbert R. Giorgio
                 Herbert R. Giorgio, MO #58524
                 One Metropolitan Square
                 211 N. Broadway, Suite 3600
                 Tel: (314) 259-2000
                 Fax: (314) 259-2020
                 jonathan.potts@bclplaw.com

               *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2019, the foregoing was filed using the Court's CM/ECF system, which will serve notice upon all counsel of record.

                                              /s/ Herbert R. Giorgio