IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRISTINE KRUMM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br> v.<br><br>KITTRICH CORPORATION,<br><br>        Defendant. | CASE NO.  4:19-cv-00182-CDP<br><br>**JOINT PROPOSED<br>SCHEDULING PLAN** |

**PLAINTIFF'S COUNSEL:**

Yitzchak Kopel
**Bursor & Fisher, P.A.**
(646) 837-7150

**DEFENDANT'S COUNSEL:**

Christopher J. Schmidt
Herbert R. Giorgio
Jonathan B. Potts
**Bryan Cave Leighton Paisner LLP**
(314) 259-2000

**JOINT PROPOSED SCHEDULING PLAN**

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's December 17, 2019 Order Setting Rule 16 Conference (ECF. No. 18), an initial conference of the parties was held between counsel for Plaintiff Christine Krumm (hereinafter, "Plaintiff") and counsel for Defendant Kittrich Corporation (hereinafter, "Defendant") (collectively, the "Parties").  The Parties met by and through counsel to discuss the claims, defenses, discovery, potential for settlement of this suit prior to jointly executing this proposed scheduling plan, and all other matters set forth in the Court's December 17, 2019 Order.  The Parties submit the following Joint Proposed Scheduling Plan:

1

**A.      Track Assignment.**

The Parties believe that this case should be assigned to Track 3 due to its complex nature as a putative nationwide class action.

**B.      Amendments and Joinder of Additional Parties.**

Joinder of additional parties or amendments to pleadings must be made on or before February 28, 2020.

**C.      Discovery Plan.**

Discovery shall proceed in the following manner:

  a.      **Disclosure of Discovery of Electronically Stored Information.**

  The Parties shall submit a proposed ESI Protocol and a proposed Protective Order Governing Use of Confidential Information to the Court by no later than February 7, 2020.

  b.      **Privilege Assertions.**

  The Parties will comply with the rules and principles related to privilege logs as set forth in Fed. R. Civ. P. 26(b)(5).

  c.      **Initial Rule 26(a)(1) Disclosures.**

  The Parties will serve initial disclosures in accordance with Rule 26(a)(1) by no later than February 7, 2020.

  d.      **Phased Discovery.**

  The Parties agree that discovery should not be conducted in phases or limited to certain issues.

  e.      **Proposed Schedule.**

| Submission of ESI Protocol and proposed Protective Order | February 7, 2020 |

| | |
|---|---|
| Initial disclosures | February 7, 2020 |
| Joinder of parties and amended pleadings | February 28, 2020 |
| Completion of (rolling) production of documents in response to first discovery requests | May 29, 2020 |
| Substantial completion of document production for additional discovery requests that are timely served | June 30, 2020 |
| Close of fact discovery | August 31, 2020 |
| Motion for class certification | October 1, 2020 |
| Plaintiff's initial expert reports | October 22, 2020 |
| Opposition to motion for class certification | December 4, 2020 |
| Defendant's initial expert reports | December 23, 2020 |
| Reply in support of motion for class certification | January 12, 2021 |
| Plaintiff's rebuttal expert reports | January 21, 2021 |
| Close of expert discovery | February 12, 2021 |
| Deadline for dispositive and Daubert motions | March 25, 2021 |

| | |
|---|---|
| Trial | August 23, 2021 |

    **f.**    **Expert Discovery.**

Per the above schedule, the Parties have set a sequence for the disclosure of expert reports and the completion of expert depositions by February 12, 2021.

    **g.**    **Interrogatories and Requests for Production.**

The presumptive limits of ten (10) depositions set forth in Fed. R. Civ. P. 30(a)(2)(A) shall apply.  The presumptive limit of twenty-five (25) interrogatories set forth in Fed. R. Civ. P. 33(a) shall apply.

    **h.**    **Rule 35 Examinations.**

Defendant reserves the right to conduct a physical examination pursuant to Fed. R. Civ. P. 35, and Plaintiff reserves the right to object to that examination.  At this time, the Parties do not anticipate requesting mental examinations.

    **i.**    **Completion of Discovery.**

Fact discovery shall be completed by August 31, 2020.  Expert discovery shall be completed on or before February 12, 2021.

**D.**    **Mediation.**

At this time, the Parties do not believe this case is suitable for mediation yet.  The Parties believe that mediation may be more suitable following the completion of fact discovery and briefing on class certification and will continue to confer on this issue as discovery progresses.  The Parties do not believe that this case is suitable for early neutral evaluation.

    **E.**    **Other Matters.**

The Parties are aware of no other matter pertinent to discovery at this time.

    **F.**    **Motions.**

The Court has already ruled on Defendant's Motion to Dismiss.  The Parties shall file dispositive and Daubert motions by no later than March 25, 2021.

    **G.**    **Trial.**

The Parties anticipate that the case will be ready for trial on August 23, 2021.

    **H.**    **Length of Trial.**

The Parties anticipate that a trial in this case can be completed in ten days.

    **I.**    **Additional Matters.**

At this time, counsel for the Parties have deemed no other matters appropriate for inclusion in this Joint Proposed Scheduling Plan.

WHEREFORE, the Parties respectfully request that the Court enter the schedule and other orders set forth herein.

Dated:  January 10, 2020　　　　　　　　　　　Respectfully submitted,

                                                **BURSOR & FISHER, P.A.**

                                                By:　　*/s/ Yitzchak Kopel*
                                                            Yitzchak Kopel

Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Tel:  (646) 837-7150
Fax: (212) 989-9163
E-Mail:  ykopel@bursor.com

*Attorneys for Plaintiff*

Dated:  January 10, 2020　　　　　　　　　　　Respectfully submitted,

                                                By:　　*/s/  Jonathan B. Potts*___

5

                    Jonathan B. Potts

**BRYAN CAVE LEIGHTON PAISNER LLP**
Christopher J. Schmidt, MO 53362
Herbert R. Giorgio, MO 58524
Jonathan B. Potts, MO 64091
One Metropolitan Square
211 N. Broadway, Suite 3600
Tel: (314) 259-2000
Fax: (314) 259-2020
cjschmidt@bclplaw.com
hrgiorgio@bclplaw.com
jonathan.potts@bclplaw.com

*Attorneys for Defendant*